FILED
GREAT FALLS DIV.
2011 SEP 14 PM 12 19
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| LAVERNE J. VONDAL,<br><br>        Petitioner,<br><br>vs.<br><br>WARDEN MARTIN FRINK;<br>ATTORNEY GENERAL OF THE<br>STATE OF MONTANA,<br><br>        Respondent. | No. CV-11-42-GF-SEH<br><br>**ORDER** |

On August 29, 2011, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. Plaintiff filed objections to Judge Strong's Findings and Recommendation on September 12, 2011.[2]

The Court has fully considered Plaintiff's motion and has reviewed *de novo* Judge Strong's Findings and Recommendations. 28 U.S.C. § 636(b)(1). Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 12.

[2] Document No. 13.

ORDERED:

1. Plaintiff's Petition for Writ of Habeas Corpus[3] is DISMISSED with prejudice as time-barred and as procedurally defaulted without excuse.

2. A certificate of appealability is DENIED as the matter is time-barred.

3. The Clerk is directed to enter judgment accordingly.

DATED this 14th day of September, 2011.

SAM E. HADDON
United States District Judge

---

[3] Document No. 1.